UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

------------------------------------------------------------X
)
BROADCAST MUSIC, INC.; BEECHWOOD )
MUSIC CORPORATION; UNIVERSAL-SONGS )
OF POLYGRAM INTERNATIONAL, INC.; )
SONY/ATV SONGS LLC; CYANIDE )
PUBLISHING; DEVO, INC. d/b/a DEVO )
MUSIC; EMI VIRGIN SONGS, INC.; )
JAY-BOY MUSIC CORP., )
)
        Plaintiffs, )  CIVIL ACTION NO.:
)  10-cv-04629-MJD-AJB
    v. )
)
MAJORS SPORTS CAFÉ OF WOODBURY, )
INC. d/b/a THROWBACKS GRILLE & BAR )
and KOREY A. BANNERMAN, individually  , )
)
        Defendants. )
)
------------------------------------------------------------X

## ORDER OF JUDGMENT

This matter came before the Court on Plaintiffs' Motion for Default Judgment. Having considered the pleadings, affidavits and memorandum, it is ORDERED AND ADJUDGED:

I

Plaintiffs' Motion for Default Judgment against Defendants Majors Sports Café of Woodbury, Inc. and Korey A. Bannerman is granted, this Court finding that Defendants knowingly and intentionally infringed upon the copyrights of six (6) musical compositions

owned and/or licensed by Plaintiffs.

II

Plaintiffs shall recover from Defendants Majors Sports Café of Woodbury, Inc. and Korey A. Bannerman, jointly and severally, statutory damages in the amount of Five Thousand Dollars ($5,000.00) for each of the six (6) musical compositions, for a total of $30,000.00, pursuant to 17 U.S.C. Section 504(c)(1).

III

Plaintiffs shall recover from Defendants Majors Sports Café of Woodbury, Inc. and Korey A. Bannerman, jointly and severally, full costs in this action, including reasonable attorney's fees in the amount of $2,927.78, pursuant to 17 U.S.C. Section 505.

IV

Plaintiffs shall recover from Defendants Majors Sports Café of Woodbury, Inc. and Korey A. Bannerman, jointly and severally, interest on the full amount of this judgment, from the date of this judgment, pursuant to 28 U.S.C. Section 1961.

V

Defendants Majors Sports Café of Woodbury, Inc. and Korey A. Bannerman and their agents, servants, employees and all persons acting under their permission or authority shall be permanently enjoined and restrained from infringing, in any manner, the copyrighted musical compositions licensed by Broadcast Music, Inc.

VI

This Court shall retain jurisdiction over this action for the purpose of enforcing the judgment granted.

DATED: July 1, 2011.

_____
UNITED STATES DISTRICT JUDGE